# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LINDA J. KAMINSKY;<br><br>LAWRENCE S. KAMINSKY;<br><br>LINDA J. KAMINSKY AND LAWRENCE S. KAMINSKY, TRUSTEES OF THE LINDA J. KAMINSKY REVOCABLE LIVING TRUST UNDER AGREEMENT DATED JANUARY 26, 1993, AS AMENDED FROM TIME TO TIME;<br><br>      Plaintiffs,<br><br>v.<br><br>EQUITY BANK<br><br>      Defendant. | Case No. 18-cv-2618-CM |

## ORDER

On this 12th day of December, 2018, this matter comes before the court on the parties' Joint Motion to for Temporary Stay of Deadlines, Hearings, and Discovery (ECF No. 35) ("Motion to Stay"). After careful consideration, the court finds good cause has been demonstrated in the motion for a temporary stay.

IT IS THEREFORE ORDERED that the Motion to Stay is GRANTED. The parties are relieved of the obligations set in the initial scheduling order (ECF No. 34), and the January 14, 2019 scheduling conference is cancelled.

IT IS FURTHER ORDERED that if this case is not dismissed in its entirety by **February 28, 2019,** plaintiff shall file a status report by that date.

Dated December 12, 2018, in Kansas City, Kansas.

1

       s/ James P. O'Hara
JAMES P. O'HARA
U.S. MAGISTRATE JUDGE


Approved:

DUGGAN SHADWICK DOERR &
KURLBAUM LLC


By: /s/ David L. Ballew
John M. Duggan, Kansas #14053
David L. Ballew, Kansas #25056
11040 Oakmont
Overland Park, Kansas 66210
(913) 498-3536
Fax (913) 498-3538
jduggan@kc-dsdlaw.com
dballew@kc-dsdlaw.com
ATTORNEYS FOR PLAINTIFFS


STINSON LEONARD STREET, LLP

By: /s/ Andrew W. Muller
Andrew W. Muller, #25915
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Tele: (816) 691-3198
Fax: (816) 412-8124
Andrew.muller@stinson.com
Attorneys for Equity Bank