# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LINDA J. KAMINSKY;<br><br>LAWRENCE S. KAMINSKY;<br><br>LINDA J. KAMINSKY AND LAWRENCE S. KAMINSKY, TRUSTEES OF THE LINDA J. KAMINSKY REVOCABLE LIVING TRUST UNDER AGREEMENT DATED JANUARY 26, 1993, AS AMENDED FROM TIME TO TIME;<br><br>    Plaintiffs,<br><br>v.<br><br>EQUITY BANK<br><br>    Defendant. | Case No. 18-cv-02618-CM |

## ORDER

On this 1st day of March, 2019, this matter comes before the Court on the Parties' *Status Report and Second Joint Motion for Temporary Stay of Deadlines, Hearings, and Discovery* (Doc. 37) ("Status Report and Second Motion to Stay"). After careful consideration and being fully apprised in the premises:

IT IS ORDERED that Plaintiffs' Status Report and Second Motion to Stay (Doc. 37) is hereby GRANTED. All deadlines, hearings, and discovery in the above-captioned action are hereby stayed until a time after April 1, 2019. The Report of Parties' Planning Meeting and Initial Disclosure shall not be due until a time after April 1, 2019.

IT IS SO ORDERED.

Date: March 1, 2019          s/ James P. O'Hara
                             JAMES P. O'HARA
                             U.S. MAGISTRATE JUDGE


Approved:

DUGGAN SHADWICK DOERR &
KURLBAUM LLC


By: /s/ David L. Ballew
John M. Duggan, Kansas #14053
David L. Ballew, Kansas #25056
11040 Oakmont
Overland Park, Kansas 66210
(913) 498-3536
Fax (913) 498-3538
jduggan@kc-dsdlaw.com
dballew@kc-dsdlaw.com
ATTORNEYS FOR PLAINTIFFS


STINSON LEONARD STREET, LLP

By:   /s/ Andrew W. Muller
Andrew W. Muller, #25915
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Tele: (816) 691-3198
Fax: (816) 412-8124
Andrew.muller@stinson.com
Attorneys for Equity Bank