UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LINDA J. KAMINSKY, et al., )
)
                Plaintiffs, )
)
v. ) Case No. 18-2618-CM
)
EQUITY BANK, )
)
                Defendant. )

**ORDER**

Plaintiffs have filed a motion for leave to file an amended complaint pursuant to Fed. R. Civ. P. 15(a) (ECF No. 47). Under the time requirements set forth in D. Kan. Rule 6.1(d), defendant's response to the motion was due on June 25, 2019. No timely opposition has been filed.

D. Kan. Rule 7.4 provides, "If a responsive brief or memorandum is not filed within the D. Kan. Rule 6.1(d) time requirements, the court will consider and decide the motion as an uncontested motion. Ordinarily the court will grant the motion without further notice."

The court considers the instant motion unopposed. In addition, the court finds good cause for the proposed amendments. The motion is granted. Plaintiffs shall file their amended complaint by **July 3, 2019**.

1

Dated June 26, 2019, at Kansas City, Kansas.

                                                                            <u>s/ James P. O'Hara</u>
                                                                            James P. O'Hara
                                                                            U.S. Magistrate Judge